UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:06-cr-00151-LRH-RAM |
| Plaintiff, ) | |
| ) | MINUTE ORDER |
| vs. ) | |
| ) | July 1, 2010 |
| JOSEPH PERVIS HEBERT III, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: NONE APPEARING          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):          NONE APPEARING

COUNSEL FOR DEFENDANT(S):          NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

   Before the court is Defendant Joseph Pervis Hebert III's Petition for Early Termination of Probation (#5[1]) and the Government's response of Non-Opposition to Defendant's Petition for Early Termination of Probation (#7), both of which the court has reviewed.  Given Defendant's successful compliance with probation, and good cause appearing,

   Defendant's motion (#5) is GRANTED effective as of August 4, 2010.

                              LANCE S. WILSON, CLERK

                              By:          /s/
                                     Deputy Clerk

---

[1]Refers to court's docket number.